AO 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations
              Sheet 1

# UNITED STATES DISTRICT COURT
## Middle District of Alabama

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| KEVIN ANTHONY BOLTON | |

Case No.   3:13cr057-02-WKW

USM No.  14445-002

Laronda Martin
                              Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   3 and 5   of the term of supervision.

☑ was found in violation of condition(s)   1,2,4,6,7   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to follow instructions of the probation officer | 10/05/2014 |
| 2 | Failure to follow instructions of the probation officer | 10/16/2014 |
| 3 | Failure to follow instructions of the probation officer | 10/23/2014 |
| 4 | Failure to report to the probation officer | 12/19/2014 |

      The defendant is sentenced as provided in pages 2 through   3   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

      It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  4112

Defendant's Year of Birth:   1989

City and State of Defendant's Residence:
      Alpharetta, Georgia

03/02/2015
Date of Imposition of Judgment

/s/ W. Keith Watkins
Signature of Judge

W. KEITH WATKINS, CHIEF U.S. DISTRICT JUDGE
Name and Title of Judge

3/4/15
Date

AO 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations
            Sheet 1A

Judgment—Page __2__ of __3__

DEFENDANT: KEVIN ANTHONY BOLTON
CASE NUMBER: 3:13cr057-02-WKW

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 | Defendant failed to refrain from the unlawful use of a controlled substance | 12/22/2014 |
| 6 | Failure to follow instructions of the probation officer | 01/06/2015 |
| 7 | Failure to report to the probation officer | 08/15/2014 |

Judgment — Page __3__ of __3__

DEFENDANT: KEVIN ANTHONY BOLTON
CASE NUMBER: 3:13cr057-02-WKW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

18 Months with no supervised release to follow.  The Court imposes a sentence outside of the advisory guidelines due to the defendant's egregious conduct while on supervision in addition to the defendant receiving a downward variance at his original sentencing.  The term of supervised release imposed on 11/25/2013 is revoked.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends to the Bureau of Prisons that the defendant receive substance abuse treatment while incarcerated and that he be placed in a Residential Reentry Center (RRC) during the last six months of his sentence.  It is further recommended that while at the RRC, he also be afforded substance abuse treatment.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.



_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL